IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00282-MSK

DEMARCO JAMALL WHITE,

      Applicant,

v.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1)    Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Demarco Jamall White*, Denver District Court Case No. 02CR4174, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2)    The Clerk of the Court is directed to send copies of this order to the clerk of the state court from which the case originated and to the Court Services Manager, State Court Administrator's Office by United States mail, first class postage prepaid, at

the following addresses:

>Clerk of the Court
>Denver District Court
>Lindsey-Flanigan Courthouse
>520 West Colfax Avenue
>Denver, Colorado 80204
>
>Court Services Manager
>State Court Administrator's Office
>101 W. Colfax, Suite 500
>Denver, Colorado  80202

DATED March 23, 2011, at Denver, Colorado.

>BY THE COURT:
>
> s/ Boyd N. Boland
>United States Magistrate Judge