**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 0 7 2012

**JEFFREY P. COLWELL**
**CLERK**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

CIVIL ACTION NO. 10-cv-00282 MSK-MEH

DEMARCO JAMAAL WHITE

    Applicant,

vs.

ANGEL MEDINA, Warden, L.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 7th day of November, 2012.

BY THE COURT:

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00282 MSK-MEH

District Court, City and County of Denver
1437 Bannock St., Rm 256
Denver, CO 80202

Melissa D. Allen - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**

Demarco Jamall White
# 122323
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   11/7/2012  .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
       Deputy Clerk